James R. Cardwell, Appellant, v. Sam Feldman, Trading as Del Ruth Hat Company, Appellee.

Gen. No. 40,413.

Heard in second division, first district, this court at

October term, 1938; opinion filed April 2, 1940. Markheim, Parker & Miller, for appellant; Wallace R. Sollo, of counsel; Shulman, Shulman & Abrams, for appellee; Meyer Abrams, of counsel. Opinion by PRESIDING JUSTICE JOHN J. SULLIVAN. ''Not to be published in full.''